UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. HENDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>LOR, et al.,<br><br>    Defendants. | No. 2:16-cv-2833 TLN AC P<br><br><br>ORDER |

Plaintiff has copied the court on a letter sent by plaintiff to defense counsel in which he requested an extension of time to respond to discovery requests and appear for a deposition. ECF No. 22. The letter was docketed by the Clerk of the Court as a motion for extension of time. Defendant has responded to the letter and advised the court that the parties have already come to an agreement regarding plaintiff's requested extension. ECF No. 23. The letter from plaintiff will therefore be disregarded. Plaintiff is advised that he should not copy the court on his communications with defense counsel, and he should only file things with the court if he is requesting something from the court or he is responding to a court order or a motion made by defendants.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's letter (ECF No. 22) will be disregarded.

DATED: October 23, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE