UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. HENDERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>LOR, et al.,<br><br>  Defendants. | No. 2:16-cv-2833 TLN AC P<br><br>ORDER |

On September 7, 2018, plaintiff filed a notice of change of address that stated that he had been released from prison. ECF No. 20. In light of plaintiff's release, defendant McNamara requested that Local Rule 230(l) no longer govern the submissions of motions in this case and that the other provisions of Local Rule 230 be applied. ECF No. 21. Plaintiff did not respond to the motion and is therefore deemed to have no objection.

Plaintiff is reminded of his obligation as a pro se litigant to be familiar with, and follow, the Local Rules of this court. These are available on the court's website, http://www.caed.uscourts.gov, and at public law libraries.

Accordingly, IT IS HEREBY ORDERED that defendant's motion for the application of the non-prisoner provisions of Local Rule 230 (ECF No. 21) is granted. Local Rule 230(l) no

////

////

1

longer governs the submission of motions in this case and motions shall be submitted according to the other provisions of Local Rule 230.

DATED: December 3, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE